UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN G., an Individual, | Case No. 2:23-cv-10794 DDP (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Opening Brief (Dkt. No. 10), Commissioner's Brief (Dkt. No. 15), Plaintiff's Reply Brief (Dkt. No. 16), the Report and Recommendation of United State Magistrate Judge (Dkt. No. 19), and Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge (Dkt. No. 20). The Court has engaged in de novo review of those portions of the Report and Recommendation to which objections were made and overrules the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

1   Accordingly, IT IS HEREBY ORDERED:

2   1.   The Report and Recommendation (Dkt. No. 19) is accepted;

3   2.   The case is dismissed with prejudice; and

4   3.   Judgment is to be entered accordingly.

6   DATED: May 7, 2025

_____
THE HONORABLE DEAN D. PREGERSON
United States District Judge

2