JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN G., an Individual,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:23-cv-10794 DDP (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: May 7, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　United States District Judge